## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  SA CV 11-1161 DOC(MLGx)                                  Date: May 8, 2012
         SA CV 12-0694 DOC(MLGx)

Title:  ENOUGH FOR EVERYONE, INC. v. PROVO CRAFT & NOVELTY, INC.
        ENOUGH FOR EVERYONE, INC. v. SORENSON CAPITAL PARTNERS, LP

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                           NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE COMBINED

  Before the Court are two cases filed by Plaintiff Enough for Everyone, Inc. ("Plaintiff"): (1) *Enough for Everyone, Inc. v. Provo Craft & Novelty, Inc.*, CV 11-1161 DOC(MLGx); and (2) *Enough for Everyone, Inc. v. Sorenson Capital Partners, LP*, CV 12-0694 DOC(MLGx).

  These two cases appear to share: (1) the same contract in dispute and other factual allegations; and (2) the same counsel for Plaintiff.  Therefore, the **Court ORDERS Plaintiff to SHOW CAUSE** why these two cases should not be combined into one.  **Plaintiff shall file** a response to this Order of **no more than 5 pages** on or before **May 11, 2012**.  Failure to file a response to this Order shall be deemed consent to consolidating these cases.

  If any of the Defendants in these two actions wishes to file a response to this Order or a reply to Plaintiff's response, they must do so in a brief of **no more than 4 pages** on or before **May 15, 2012**.  Failure to file shall be deemed consent to consolidating these cases.

  **If any of the parties** in these cases files a brief **opposing consolidation**, then *all parties in both cases* shall appear before this Court **on May 16, 2012**, at 8:30 a.m.

MINUTES FORM 11 DOC                                           Initials of Deputy Clerk: jcb
CIVIL - GEN                                                   Page 1 of 2

**If no party files a brief opposing consolidation** by the deadlines imposed herein, then this Court ORDERS that, on **May 17, 2012**:

- The following two cases are consolidated into one: (1) *Enough for Everyone, Inc. v. Provo Craft & Novelty, Inc.*, CV 11-1161 DOC(MLGx); and (2) *Enough for Everyone, Inc. v. Sorenson Capital Partners, LP*, CV 12-0694 DOC(MLGx).

- The heading of the consolidated case shall be *Enough for Everyone, Inc. v. Provo Craft & Novelty, Inc.*, CV 11-1161 DOC(MLGx)

- **On or before May 21, 2012**, Plaintiff shall file an Amended Complaint in the consolidated case that shall include all defendants that Plaintiff intends to keep in the consolidated case

- **On or before June 18, 2012**, all defendants in the consolidated case shall file an Answer to the Amended Complaint

- Any motions, pleadings, or answers filed prior to consolidation on May 21, 2012, shall be struck and must be refiled to be considered by this Court

The Clerk shall serve this minute order on all parties to the action.