RONALD RUS, #67369
rrus@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California  92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

Attorneys for Plaintiff
ENOUGH FOR EVERYONE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOUGH FOR EVERYONE, INC., a California corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>PROVO CRAFT & NOVELTY, INC., a Utah corporation; and SORENSON CAPITAL PARTNERS, L.P., a Delaware limited partnership,<br><br>             Defendants. | Case No. SACV 11-01161-DOC(MLGx)<br><br>**JUDGMENT ON PLAINTIFF'S CLAIM FOR AN ACCOUNTING**<br><br>JUDGE:   Hon. David O. Carter<br>CRTRM.:  9D |

505512v1 ts 9/11/12 4 (2902-0001)

JUDGMENT ON PLAINTIFF'S CLAIM FOR AN ACCOUNTING

1  Pursuant to this Court's Order (Dkt. 159) of October 16, 2012,

2  IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Enough For
3  Everyone, Inc., shall have and recover from Defendant Provo Craft & Novelty, Inc.,
4  the sum of $1,780,879 plus pre-judgment interest on said sum from the period
5  June 30, 2012, to the date of entry of this Judgment in the amount of $27,664.20, for
6  a total Judgment of $1,808,543.20.

8  DATED: December 5, 2012        *David O. Carter*
                                   HONORABLE DAVID O. CARTER

RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor, 2211 Michelson Drive
Irvine, California 92612
Tel (949) 752-7100 • Fax (949) 252-1514

505512v1 ts 9/11/12 4 (2902-0001)

2

JUDGMENT ON PLAINTIFF'S CLAIM FOR AN ACCOUNTING